AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JAMES LEE SKINNER ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Penny Bufin
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS 39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date:    08/14/2008

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| JAMES LEE SKINNER | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Ronald King
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS 39451

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date: __08/14/2008__

M Summs
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JAMES LEE SKINNER ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. ) | |
| Defendant ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Christopher Epps
723 North President Street
Jackson, MS 39202

A lawsuit has been filed against you.

      Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

J. T. NOBLIN
Name of clerk of court

Date: __08/14/2008__

*/s/ M. Simms*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| JAMES LEE SKINNER | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Theresa Seabrook
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS 39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date:  08/14/2008

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JAMES LEE SKINNER | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Don Lewis
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS  39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS  39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

*/s/ M. Simmons*
Deputy clerk's signature

Date:    08/14/2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JAMES LEE SKINNER <br> Plaintiff <br> v. <br> PENNY BUFIN, ET AL. <br> Defendant | ) ) ) ) ) Civil Action No. 2:08cv143KS-MTP |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Michael Garny
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS 39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date:  08/14/2008

*signature*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| JAMES LEE SKINNER | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lonnie Mills
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS  39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS  39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date:  08/14/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| JAMES LEE SKINNER | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Kimberly Green
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS 39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date:  08/14/2008

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JAMES LEE SKINNER | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Charles Scarborough
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS 39451

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

J. T. NOBLIN
Name of clerk of court

Date: ___08/14/2008___

*M Simmons*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| JAMES LEE SKINNER | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No. 2:08cv143KS-MTP |
| PENNY BUFIN, ET AL. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Wallance Carpenter
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS  39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS  39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date:  08/14/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JAMES LEE SKINNER <br> Plaintiff <br> v. <br> PENNY BUFIN, ET AL. <br> Defendant | ) <br> ) <br> ) Civil Action No. 2:08cv143KS-MTP <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Garner Leverette
South Mississippi Correctional Institution
22689 Highway 63 North
Leakesville, MS 39451

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Lee Skinner #T9841
SMCI
P O. Box 1419
Leakesville, MS 39451

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
Name of clerk of court

Date:   08/14/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*